**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Pedro Antonio AYALA-AYALA,**
**Defendant-Appellant**

**No. 16-40171**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed May 2, 2017

judgment. *Smith v. Babin*, No. 2015-CA-1029, 2016 WL 1535692, at *11 (La. App. Apr. 15, 2016) (unpublished).

John Richard Berry, Assistant U.S. Attorney, Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Shane John Stolarczyk, Esq., Keller Stolarczyk P.L.L.C., Boerne, TX, for Defendant-Appellant

Pedro Antonio Ayala-Ayala, Pro Se

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

Defendant-Appellant Pedro Antonio Ayala-Ayala appeals the 24-month term of imprisonment imposed by the district court on revocation of his supervised release. During the pendency of this appeal,

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR.

Ayala-Ayala completed his revocation sentence and was released from custody. Because the district court did not impose an additional term of supervised release, the instant appeal is moot. *See Spencer v. Kemna,* 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *United States v. Heredia-Holguin,* 823 F.3d 337, 343 (5th Cir. 2016) (en banc).

Accordingly, Ayala-Ayala's appeal is DISMISSED as moot.